The People of the State of Illinois, Plaintiff-Appellee, *v.* Charles Robinson (Impleaded), Defendant-Appellant.

(No. 56287;

First District (2nd Division)—May 8, 1973.

Opinion by Mr. PRESIDING JUSTICE STAMOS.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.